UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )  3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

 *Debra A. D'Amore v. Bayer Corporation, et al.* No. 11-cv-11470-DRH

 *Stephanie Mason v. Bayer Corporation, et al.* No. 10-cv-11181-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 10, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

           JUSTINE FLANAGAN,
           ACTING CLERK OF COURT


           BY:  /s/*Caitlin Fischer*
             Deputy Clerk

**Dated:**  June 16, 2014

Digitally signed by David R. Herndon
Date: 2014.06.16 18:40:26 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**